**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7820**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

OWEN ODMAN, a/k/a Star,

    Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Shelby.  Martin K. Reidinger, Chief District Judge.  (4:96-cr-00053-MR-1)

Submitted:  June 29, 2021           Decided:  July 1, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judge.

Affirmed by unpublished per curiam opinion.

Owen Odman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Owen Odman appeals the district court's orders denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Odman*, No. 4:96-cr-00053-MR-1 (W.D.N.C. Sept. 4, 2020; Nov. 23, 2020). We deny Odman's motion to consolidate and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*